United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL BRIGHTBILL, et al.,

           Plaintiffs,

     v.

GENERAL MOTORS, LLC,

          Defendant.

Case No. 15-cv-03789-TEH

**REFERRAL FOR PURPOSE OF
DETERMINING RELATIONSHIP**

      Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Samuel Conti for consideration of whether the case is related to *Brightbill v. General Motors*, Case No. 15-cv-00741-SC.

**IT IS SO ORDERED.**

Dated:   09/30/15

                    THELTON E. HENDERSON
                    United States District Judge